# TWELFTH COURT OF APPEALS
## Case Number: 12-14-00212-CV
### On Appeal from the Cherokee County Court-at-Law No. CV9282

**Robert Robinson**

v.

**Wells Fargo Bank, N.A.**

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 19 2015

TYLER TEXAS
PAM ESTES, CLERK

## Appellant's Motion for Rehearing Pertaining to
## Return of Superseades Bond

APPELLANT ROBERT ROBINSON hereby asks the Court to Order Return of a Supersedeas Bond (less costs) filed with the Cherokee County Clerk on November 3, 2014. (See attached).

### BACKGROUND

In this forcible detainer action, Appellant sought to supercede an order of eviction from the court below. Appellant paid a $6000 bond on November 3, 2014 and filed a Motion for Writ of Supersedeas on November 7, 2014 pursuant to TRAP 24.1(f). The Court overruled the motion for writ of supersedeas on April 30, 2015, but made no orders for return of the bond. The Court issued it's Memorandum Opinion on September 30, 2015 and no order for the return of the bond was issued.

## DISCUSSION

The purpose of filing a supersedeas bond is to supersede the trial court's judgment while the appeal is pending. Since the Court overruled the motion to supersede the judgment, Appellant is entitled to return of his bond. The following costs should be deducted from the amount of the bond as follows:

| | |
|---|---|
| Clerk's Record | $ 914.00 |
| Reporter's Record | $ 94.05 |
| COA Filing Fee | $ 195.00 |
| Total Costs | $1,203.05 |
| Amount of Bond | $6,000.00 |
| **Amount of Bond Less Costs** | **$4,796.95** |

Respectfully submitted,

Robert Robinson, Pro Se
Appellant
16897 Pine Lane
Flint, Texas 75762
(903) 245-0908
Cilantro518@yahoo.com

## Certificate of Service

I, the undersigned hereby certify that a copy of the foregoing "Appellant's Motion for Rehearing Pertaining to Return of Superseades Bond" was served on all parties and Counsel on October 15, 2015 as follows:

VIA USPS FIRST CLASS MAIL

Danya Fuller Gladney,
Counsel for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Boulevard, Suite 100
Addison, Texas 75001
(972) 340-7903
(972) 341-0734 Facsimile

Robert Robinson

DATE 11/03/2014            *OFFICIAL RECEIPT CHEROKEE CO*        RECEIPT #    163627
                           LAVERNE LUSK, COUNTY CLERK
TIME 11:49                 P O DRAWER 420 RUSK, TX 75785         FILE #      CV9282

RECEIVED OF: FELICITY REEDY

       FOR: ROBINSON,ROBERT

DESCRIPTION: PAYMENT ON BOND OF ROBERT ROBINSON/BEH

                                            ------------
                                AMOUNT PAID    $6,000.00
                                            ------------

                                PAYMENT TYPE K
                                CHECK NO           1283
                                COLLECTED BY BEH

WELLS FARGO BANK, NA Cause No. 9282

v.

MARY EDMISTON, ROBERT ROBINSON + ALL OTHER OCCUPANTS

IN THE COUNTY COURT OF CHEROKEE COUNTY, TEXAS

Bond of Robert Robinson

THIS IS TO CERTIFY THAT I, ROBERT ROBINSON HAVE THIS DAY TENDERED A CASH BOND IN THE AMOUNT OF $6000.00 TO PROVIDE SECURITY TO WELLS FARGO BANK, NA IN ACCORDANCE WITH TEXAS PROPERT CODE SEC. 24.007(a). IN THE EVENT WELLS FARGO PREVAILS ON APPEAL OF CAUSE No. 12-14-00212 CV. THE BOND SHALL BECOME PAYABLE TO WELLS FARGO BANK, NA.

ROBERT ROBINSON
186 TARRANT Rd
BULLARD, TX 75757
903.245.0908

**FILED**
at 11:48 o'clock A M.

NOV 03 2014

LAVERNE LUSK
CLERK, COUNTY COURT CHEROKEE CO., TX
BY_____ BLL Deputy

**JOHN REEDY**
**FELICITY REEDY**
P.O. BOX 132050
TYLER, TX 75713-2050

32-61/1110 184

1283

DATE Oct 31, 2014

PAY TO THE ORDER OF Cherokee County Clerk     $ 6,000 00/100

Six thousand + 00/100     DOLLARS

Security Features Included. Details on Back.

**CHASE** 
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Robert Robinson Appeal Bond
CV 9282

Felicity Reedy

MP

⑈111000614⑈  78 2924 344⑈ 1283